LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

**MEMO ENDORSED**

October 25, 2021

**VIA ECF**

Hon. Kenneth M. Karas, United States District Judge
United States District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse

Re: *Briggs et al v. DPV Transportation, Inc. et al*, 21 CV 6738 (KMK)

Dear Judge Karas:

This firm represents the plaintiffs in the above-referenced action. The plaintiffs, with defendants' consent, moves to adjourn the November 9, 2021, initial conference. The parties have settled in principle and have nearly finalized a written agreement. The parties seek until November 25, 2021, to submit an executed settlement agreement and fairness motion under *Cheeks*.

I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

*Granted. Counsel shall submit the Cheeks analysis by November 8, 2021.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/26/2021